UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF A GRAND JURY INVESTIGATION OF GOOGLE CELL PHONE NUMBER (605)-840-8612 (IMEI: 357021096589994) | No. 19-mc-00017<br><br>**ORDER TO EXTEND SEAL** |

The United States having moved this Court for an order sealing this case, and good cause having been shown therefor, it is hereby

ORDERED that this case be sealed for 180 days to be automatically unsealed by the Clerk of Courts thereafter unless otherwise ordered by the Court.

Dated this 1st day of Nov. ~~October~~, 2019.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge