UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF A GRAND JURY INVESTIGATION OF GOOGLE CELL PHONE NUMBER (605)-840-8612 (IMEI: 357021096589994) | No. 19-mc-00017<br><br>**ORDER TO EXTEND NONDISCLOSURE** |

The United States having established sufficient cause for delayed notification, I find that immediate notification to the subscribers or others of the existence of the subpoena may have an adverse result listed in 18 U.S.C. § 2705(b), it is hereby;

ORDERED Google Inc. shall not notify any other person, including the subscriber, for cell phone number (605) – 840-8612 (IMEI: 357021096589994) of the existence of the previously served subpoena, related to said account for 180 days.

Dated this 1st day of Nov., 2019.

BY THE COURT:

_____
DANETA WOLLMANN
U.S. Magistrate Judge